# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CAMPBELL, | Case No. 25-cv-00574-SAB |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO PARTICIPATE IN ELECTRONIC FILING |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 14) |
| Defendant. | |

On May 15, 2025, Plaintiff Charles Campbell, who is proceeding pro se, commenced this action until Title 42 of the United States Code, seeking review of a final decision of the Commissioner of Social Security. (ECF No. 1.) On July 22, 2025, Plaintiff filed a request to participate in electronic filing. (ECF No. 14.)

Pursuant to the Local Rules, a pro se party must file and serve paper documents. L.R. 133(a). Persons appearing pro se are specifically prohibited from utilizing electronic filing "except with the permission of the assigned Judge or Magistrate Judge." L.R. 133(b)(2). A pro se party may request an exception to the paper filing requirement from the Court by filing a stipulation of the parties, or "if a stipulation cannot be had, [a] written motion[] setting out an explanation of reasons for the exception." L.R. 133(b)(3). A motion requesting electronic filing by a person appearing pro se must set out an explanation of reasons for the exception. L.R. 133(b)(3). It is within the Court's discretion to grant or deny such a request. Reddy v. Precyse

Solutions LLC, 1:12–CV–2061 AWI SAB, 2013 WL 2603413, at *3 (E.D. Cal. June 11, 2013).

Plaintiff's motion, in whole, states; "On July 21ˢᵗ, 2025, I, Charles Campbell hereby request the Court to allow me access to PACER network to upload documents via the court[']s portal. I am currently pro se in the above case." (ECF No. 14.) Plaintiff's motion fails to comply with the Local Rules in requesting an exemption from conventional filing. For example, Plaintiff fails to address whether he attempted to obtain a stipulation from Defendant. L.R. 133(b)(3). Nor does Plaintiff set out an explanation of reasons for an exception to the paper filing requirement. Id. Upon review of the record in this action, the Court does not independently find that Plaintiff's request currently warrants an exception to Local Rule 133(a). Accordingly, Plaintiff's request for permission to use the electronic case filing system shall be denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to participate in electronic filing (ECF No. 14) is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **July 23, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2