## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-00574-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS<br><br>**FOURTEEN DAY DEADLINE** |

On May 15, 2025, Plaintiff Charles Campbell, who is proceeding *pro se* and *in forma pauperis*, commenced this action under Title 42 of the United States Code, seeking review of a final decision of the Commissioner of Social Security. (ECF No. 1.)

On July 14, 2025, the Commissioner filed and served a motion to dismiss, arguing that this case should be dismissed because Plaintiff's administrative request for review remains pending with the Appeals Council. (ECF No. 8 at 7.)

Pursuant to the Court's May 16, 2025 scheduling order (ECF No. 5), Plaintiff's opposition was due fourteen days after service of the motion, or July 31, 2025.[1]  No opposition has been filed and the time to do so has expired.  However, after Defendant filed its motion to dismiss, Plaintiff filed a consent form to magistrate judge jurisdiction (ECF No. 12), a request to

---

[1] The Court computes the three-day added period to the fourteen-day deadline in consideration of the pro se Plaintiff's exemption from electronic filing.  See Fed. R. Civ. P. 6(d) ("When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail)… 3 days are added after the period would otherwise expire under Rule 6(a).").

allow electronic filing (ECF Nos. 14, 16), and a 271-page document entitled "Exibit [*sic*] 14 Referals [*sic*]"[2] (ECF No. 15).  Given these recent filings, it appears Plaintiff intends to prosecute this action despite failing to file an opposition to Defendant's motion to dismiss.  The Court shall afford the pro se Plaintiff an additional opportunity to file a response.

Accordingly, IT IS HEREBY ORDERED that within **fourteen (14) days** from the date of entry of this order, Plaintiff SHALL file an opposition or statement of non-opposition to Defendant's motion to dismiss (ECF No. 8).  Failure to timely comply with this order will be construed as a non-opposition to Defendant's motion to dismiss.

IT IS SO ORDERED.

Dated:   **August 7, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[2] The 271-page document consists of a cover page and medical documentation. Given no argument is contained within, the Court does not construe it as an opposition to Defendant's motion to dismiss.

2