# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-00574-SAB<br><br>ORDER TAKING DEFENDANT'S MOTION TO DISMISS UNDER SUBMISSION |

Defendant Commissioner of Social Security filed a motion to dismiss on July 14, 2025. (ECF No. 8.) Pursuant to the Local Rules of the Eastern District of California, Plaintiff's opposition to the motion was due by July 28, 2025. L.R. 230(c). That deadline has passed, and Plaintiff filed nothing on the docket. In an abundance of cation, the Court twice subsequently gave Plaintiff additional time to file an opposition or a notice of non-opposition. (ECF Nos. 17, 19.) However, Plaintiff has failed to file anything on the docket.

Accordingly, IT IS HEREBY ORDERED that the matter is taken under submission. The Court will issue its decision on the motion in due course.

IT IS SO ORDERED.

Dated: **September 8, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1